THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* JAMES SOLOMON, Defendant-Appellant.

(No. 56189; ▆▆▆▆▆▆▆▆

First District—August 4, 1972.

Opinion by Mr. PRESIDING JUSTICE LORENZ.

Gerald W. Getty, Public Defender, of Chicago, (Saul H. Brauner, Ronald P. Katz, and James J. Doherty, Assistant Public Defenders, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Elmer C. Kissane and Nicholas Taubert, Assistant State's Attorneys, of counsel,) for the People.